No. 94–317. NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. D. C. Cir. Certiorari denied. JUSTICE

1066

GINSBURG took no part in the consideration or decision of this petition. 